eunleeind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EUN YOUNG LEE, aka<br>EUN YOUNG CHO,<br><br>            Defendant. | CRIMINAL CASE NO. **05-00082**<br><br>**INDICTMENT**<br><br>**CRIMINAL CONSPIRACY**<br>[18 U.S.C. § 371]<br>(Count I)<br><br>**BRIBERY CONCERNING PROGRAM RECEIVING FEDERAL FUNDS**<br>[18 U.S.C. § 666(a)(1)(B)]<br>(Count II) |

THE GRAND JURY CHARGES:

    1. At all times relevant to this Indictment, the Guam Department of Revenue and Taxation (the Department) was a component unit and agency of the Government of Guam. The Department's responsibilities included the licensing, registration, and connected enforcement functions relating to the operation of motor vehicles on Guam. In particular, the Department was responsible for administering the licensing examination program for all drivers on Guam's highways. To this end, the Department created the Motor Vehicle Division and employed motor vehicle examiners to administer eye examinations, driving tests, and other tests necessary to ensure that the holder of a Guam driver's license was qualified to operate a motor vehicle safely.

1

2. At all times relevant to this indictment, the Guam Department of Revenue and Taxation received federal assistance in excess of $10,000 during a one-year period between November 8, 2004, and November 8, 2005.

3. At all times relevant to this indictment, the Guam Department of Revenue and Taxation had a Memorandum of Understanding and Agreement with the University of Guam, wherein the University would proctor, score and tabulate written examinations taken by applicants for a Guam driver's license. A passing score on the written examination was required before the applicant could receive a Guam driver's license.

4. At all times relevant to this indictment, defendant EUN YOUNG LEE had contracted with the University of Guam to act as a Korean translator for the Driver's License Written Examination and other translation assignments related thereto. Her duties included truly and accurately translating the examination from English into Korean for the benefit of Korean-speaking applicants for Guam driver's licenses.

## COUNT I - CONSPIRACY TO RECEIVE BRIBES

5. Paragraphs 1 through 4 are incorporated and realleged herein.

6. Beginning on or about November 9, 2000, the exact date being unknown to the Grand Jury, and continuing through November 9, 2005, within the District of Guam and elsewhere, the defendant herein, EUN YOUNG LEE, did willfully and knowingly combine, conspire, confederate and agree with others, both known and unknown to the Grand Jury, to commit offenses against the United States, to-wit: Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds in violation of Title 18, United States Code, § 666(a)(1)(B), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, in violation of Title 18, United States Code, §§ 2 and 371.

## OBJECT OF THE CONSPIRACY

7. It was an object of the conspiracy for EUN YOUNG LEE and employees of the Motor Vehicles Division to receive financial gain by issuing Guam driver's licenses to persons who had

2

| | |
|---|---|
| 1 | not passed the examinations required for such licenses. |
| 2 | OVERT ACTS |

1  not passed the examinations required for such licenses.

## OVERT ACTS

In furtherance of the conspiracy and in order to effect the objects thereof, the defendant EUN YOUNG LEE and her co-conspirators performed the following overt acts, among others, in the District of Guam and elsewhere:

8. On March 10, 2005, EUN YOUNG LEE received $1,000 to secure the issuance of two Guam driver's licenses.

9. EUN YOUNG LEE and co-conspirators working in the Motor Vehicle Division issued two Guam driver's licenses in the names of two individuals who had not taken or passed the examinations necessary to secure such licenses legally.

ALL IN VIOLATION OF Title 18, United States Code, §§ 2 and 371.

## COUNT II - BRIBERY CONCERNING PROGRAM RECEIVING FEDERAL FUNDS

10. Paragraphs 1 through 4 are incorporated and realleged herein.

11. On or about , 2005, in the District of Guam, the defendant herein, EUN YOUNG LEE, being an agent of a local government agency, to-wit: the Guam Department of Revenue and Taxation, did knowingly and corruptly solicit, demand, accept and agree to accept something of value from Michael Ho, intending to be influenced and rewarded in connection with a business and transaction, or series of transactions of the Guam Department of Revenue and Taxation involving something of value of $5,000 or more, to-wit: the issuance of two Guam driver's

//
//
//
//
//
//

3

licenses to persons who had not passed the examinations required to hold such licenses lawfully, ALL IN VIOLATION of Title 18, United States Code, §§ 2 and 666(a)(1)(B).

Dated this 9th day of November, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4

# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**

City: __Hagåtña__

Country/Parish: ____

**Related Case Information:**

Superseding Indictment ____ Docket Number ____
Same Defendant ____ New Defendant __x__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**05-00082**

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name: __EUN YOUNG LEE__

Alias Name: __EUN YOUNG CHO__

Address: ____

Birthdate ____ SS# ____ Sex __F__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

Interpreter: ____ No ____ Yes    List language and/or dialect: ____

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18 USC 371__ | Criminal Conspiracy | 1 |
| Set 2 __18 USC 666(a)(1)(B)__ | Bribery Concerning Program Receiving Federal Funds | 2 |
| Set 3 ____ | ____ | ____ |
| Set 4 ____ | ____ | ____ |

(May be continued on reverse)

Date: __11/9/05__    Signature of AUSA: _Karon V. Johnson_

RECEIVED NOV -9 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM