eunleesel

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>EUN YOUNG LEE, aka<br>EUN YOUNG CHO,<br><br>          Defendant. | CRIMINAL CASE NO. 05-00082<br><br>ORDER<br>re: November 9, 2005<br>United States' Application to<br>Seal Record |

The United States's Application to Seal Record, as to defendant EUN YOUNG LEE aka EUN YOUNG CHO, filed on November 9, 2005, is hereby granted.

**SO ORDERED** this 9th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam