
**FILED**
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**EUN YOUNG LEE aka EUN YOUNG CHO,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **05-00082**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 10, 2005.

Dated this 14th day of November, 2005.

　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, Magistrate Judge
　　　　　　　　　　U.S. DISTRICT COURT OF GUAM

**ORIGINAL**