

FILED

DISTRICT COURT OF GUAM

NOV 1 4 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>**EUN YOUNG LEE aka**<br>**EUN YOUNG CHO,**<br><br>        Defendant. | Criminal Case No. **05-00082**<br><br><br>**O R D E R** |

IT IS HEREBY ORDERED that the trial for the defendant in this matter is set for **January 16, 2006** at **9:30 a.m.** Pretrial motions shall be filed no later than December 27, 2005. IT IS FURTHER ORDERED that the following be filed or lodged with this Court no later than January 9, 2006:

1)    Proposed jury voir dire questions;

2)    An original and one copy of the exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered);

3)    Three complete sets of marked and tabbed exhibits in three-ring binders. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party;

4)    Any documents to be used in the examination of witnesses, but not to be introduced into evidence, such as police reports, investigative reports or witness

# ORIGINAL

1    statements - (one copy must be lodged with the Court);

2    5)   Proposed verdict forms;

3    6)   An original and one copy of witness lists for purposes of
          voir dire only - (Witness lists shall include:   legal
4         names, aliases, nicknames, place of residence and place
          of employment); and

5
6    7)   Proposed jury instructions - (Those jury instructions
          upon which an agreement cannot be reached shall be
          submitted in a separate packet, together with the
7         objections and authority therefor of each party).

8    IT IS FURTHER ORDERED THAT:

9    1)   If additional witnesses are to be called or additional
          exhibits are to be submitted, an original and one copy of
10        a supplemental witness list or a supplemental exhibit list
          must be filed with the Court. Additionally, three copies
11        of pre-marked supplemental exhibits must be lodged
          with the Court prior to their use at trial.  The three
12        copies of the pre-marked exhibits must have three holes
          punched on the left-hand side so that they can be easily
13        inserted in the three-ring exhibit binders previously
          submitted by the parties.

14
15   2)   If during the course of the trial, additional documents
          will be used in the examination of witnesses, but not
16        introduced into evidence, one copy of each document
          shall be lodged with the Court prior to its use at trial.

17   Date:   November 14, 2005

18
19                              _____
                                JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
20                              U.S. DISTRICT COURT OF GUAM

21

22

23

24

25

26

27

28