

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EUN YOUNG LEE, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00082 <br><br><br> **ORDER** |

The trial herein is scheduled to commence on January 16, 2006, however, said date is a federal holiday commemorating the birthday of Dr. Martin Luther King, Jr. Accordingly, the trial is hereby moved to Tuesday, January 17, 2006 at 9:00 a.m.

SO ORDERED this 5th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL