Lee.Order

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EUN YOUNG LEE, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00082 <br><br> O R D E R <br><br> Re: January 5, 2006 <br> United States Motion to <br> Dismiss Indictment |

Based on the United State's motion filed January 5, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that The United State's Motion to Dismiss Indictment without prejudice is hereby granted.

**SO ORDERED** this 6th day of January, 2006.

Honorable Frances Tydingco-Gatewood
Designated Judge, District Court of Guam