LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00082 |
| Plaintiff, | |
| vs. | **O R D E R**<br>Re: Application to Unseal Record |
| EUN YOUNG LEE,<br>aka EUN YOUNG CHO, | |
| Defendant. | |

Through an application to unseal the record having come before the court, and the court finding good cause for the issuance of the order.

**IT IS SO ORDERED** that the record be unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 31, 2008